

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00292-CV

**IN THE INTEREST OF J.A.D.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2022PA01747
Honorable Raul Perales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are not assessed against appellant because she qualifies as indigent.

SIGNED October 16, 2024.

_____
Irene Rios, Justice